FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2003 OCT -2 AM 11:31
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRCT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LISA JENISE COLLINS, WIFE OF/AND VERNELL JOSEPH COLLINS | * | CIVIL ACTION |
| | * | NO. 03-2755 |
| VERSUS | * | SECTION " " SECT. A MAG. 1 |
| SEAHORSE MARINE, ALEC SCOTT LLC AND LINDER OIL COMPANY | * | MAGISTRATE |
| | * | |

**COMPLAINT**

The Complaint for damages of Lisa Jenise Collins, wife of/and Vernell Joseph Collins represent upon information and belief as follows:

1.

Lisa Jenise Collins and Vernell Joseph Collins at all material times herein are husband and wife including, but not limited to, the time of the accident described herein and as of the time of the filing of this suit.

2.

Made defendant is Seahorse Marine, owner and operator of the M/V ALEC SCOTT, a Louisiana corporation authorized to do and doing business in this District.

3.

Alternatively, made defendant herein is Alec Scott LLC, owner and operator of the M/V ALEC SCOTT, a Louisiana corporation authorized to do and doing business in this District.

✓ Fee 150.
Process
X Dktd
CtRmDep
Doc. No. 1

4.

Also made defendant is Linder Oil Company, owner and operator of the platform adjacent to where Mr. Collins alleges he sustained injury, a Louisiana corporation authorized to do and doing business in this District.

5.

The claims asserted herein arise under the general maritime law, or within the admiralty jurisdiction of this Honorable Court and also occurred on the Outer Continental Shelf and arise under the Outer Continental Shelf Lands Act thereby rendering this Court one of proper jurisdiction.

6.

On or about April 10, 2003, plaintiff Vernell Joseph Collins was married to Lisa Jenise Collins.

7.

On or about April 10, 2003, plaintiff was on the back deck of the M/V ALEC SCOTT when he sustained injury.

8.

At all pertinent times herein, the M/V ALEC SCOTT was owned and operated by Seahorse Marine or alternatively, was owned and operated by Alec Scott LLL and either or both are vicariously liable for the negligence of their employees and should be held liable to plaintiff under the doctrine of respondeat superior.

9.

All pertinent times herein, the M/V ALEC SCOTT was under charter to Linder Oil Company, owner of the platform to which plaintiff's crew was attempting to transfer equipment from the back deck of the M/V ALEC SCOTT.

10.

A crane operator was located on the platform owned, operated and maintained by defendant, Linder Oil Company.

11.

There were no tag lines or other control-type lines used either by the crew of the M/V ALEC SCOTT or the crane operator and co-employees of defendant Linder Oil Company.

12.

While the equipment of plaintiff's employer was attempted to be lifted from the back deck of the M/V ALEC SCOTT to the platform, the load was caused to immediately shift directly towards an employee of either Seahorse Marine, Alec Scott LLC or Linder Oil Company and he was in the direct path of the movement of this equipment and was certain to sustain injury.

13.

Plaintiff Vernell Joseph Collins observed this imminent threat of injury to this individual and grabbed the equipment with both hands in an effort to prevent its movement from causing fatal or serious injury to this other person.

14.

Had proper lifting equipment and personnel been properly utilized in this lift, plaintiff would not have to have intervened as a rescuer to prevent injury to this third person.

15.

As a result of this incident caused by the negligence and fault of the defendants herein, plaintiff has sustained physical injury resulting in the following damages claimed herein:

| | | |
|---|---|---|
| a. | Physical pain and suffering (past, present and future) | $1,000,000.00 |
| b. | Mental anguish (past, present and future) | $ 450,000.00 |
| c. | Wage losses (past, present and future including loss of impairment of earning capacity) | $1,500,000.00 |
| d. | Loss of enjoyment of life and impairment of spousal relations and familia relations (past, present and future) | $ 500,000.00 |
| e. | Medical expenses (past, present and future) | $ 100,000.00. |

16.

As a result of the injuries sustained by Vernell Joseph Collins, Lisa Jenise Collins, wife of Vernell Joseph Collins, has also sustained damages of loss of consortium and impairment of marital relations (past, present and future) - $250,000.00.

17.

The aforesaid accident was caused by the negligence and fault of Leider Oil Company and/or Seahorse Marine and/or Alec Scott LLC as a result of the failure to utilize proper lifting equipment such as tag lines or control lines; the failure to use adequate personnel to provide eye-to-eye and hand communications to the crane operator that would have properly located the lifting crane immediately over the equipment on the back deck; and, failing to properly direct the crane over the equipment to be lifted in a manner that would not have permitted such a drastic shift of the equipment.

18.

Defendants Seahorse Marine, Alec Scott LLC and Linder Oil Company are liable to petitioners for the damages alleged herein, jointly, severally and in solido.

WHEREFORE, plaintiffs pray that this Complaint be duly served and cited on the defendants and due proceedings are had, that there be judgment herein in favor of plaintiffs, Lisa Jenise Collins, wife of/and Vernell Joseph Collins, and against defendants, Seahorse Marine, Alec Scott LLC and Linder Oil Company, jointly, severally and in solido for reasonable damages in the premises together with legal interest from date of judicial demand until paid and all costs of these proceedings.

Respectfully submitted:

FRANK M. BUCK, JR. - Bar No. 16836
810 Union Street, Suite 350
New Orleans, Louisiana 70163
Telephone: (504) 522-2825

AND

JAMES MINGE – Bar No. 9625
James Minge & Associates
1100 Poydras Street, Suite 1810
New Orleans, Louisiana 70163-1810
Telephone: (504) 525-5555

**SERVICE INFORMATION:**

Linder Oil Company
Through its registered agent
Roger D. Linder
1800 Carol Sue Avenue
Gretna, Louisiana 70053

Alec Scott, L.L.C.
Through its registered agent
Scott Plaisance
9712 Hwy. 1
Lockport, Louisiana 70374