UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LISA JENISE COLLINS, ET AL | CIVIL ACTION |
| VERSUS | NO: 03-2755 |
| SEAHORSE MARINE, ET AL | SECTION: A/1 |

# JUDGMENT

Pursuant to written reasons issued on September 8, 2004, **IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant, Eagle Consulting LLC and against plaintiffs, dismissing plaintiffs' claims against Eagle Consulting LLC **without prejudice**.

Pursuant to written reasons issued on April 22, 2005, **IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant, Alec Scott LLC, and against plaintiffs, dismissing plaintiffs' claims against Alec Scott LLC **without prejudice**.

Pursuant to written reasons issued on March 3, 2006, **IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant, Grasso Production Management, Inc. and against plaintiffs, dismissing plaintiffs' claims against Grasso Production Management, Inc. **with prejudice**.

Pursuant to written reasons issued on March 31, 2006, **IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants and against plaintiff Lisa Jenise Collins, dismissing Lisa Jenise Collins' claim for loss of consortium.

Considering the answers of the jury to the interrogatories propounded by the Court at trial of this matter, **IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants, Seahorse Marine and Dolphin Services, Inc., and against plaintiff Vernell Joseph

Collins, dismissing plaintiff's claims with prejudice.

New Orleans, Louisiana, this 10th day of April 2006.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE